# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANDREW DARVIN HERSH, | : | No. 130 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS, ADAMS | : | |
| COUNTY AND MARK GARMAN, | : | |
| SUPERINTENDENT SCI- ROCKVIEW, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 13th day of October, 2020, the "Petition for Extraordinary Relief at King's Bench" is DENIED.